FILED
2019 SEP -5 PM 2: 0[6]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIAS CONTAINER CARRIER S.A.,<br><br>    Defendant. | CR No. 19CR00509-MWF<br><br>I N F O R M A T I O N<br><br>[33 U.S.C. § 1908(a), 33 C.F.R. §§ 151.25 (a),(d), (j), (h): Failing to Maintain an Accurate Oil Record Book; 18 U.S.C. § 2: Aiding and Abetting and Causing an Act to be Done] |

    The United States Attorney charges:

    [33 U.S.C. § 1908(a); 33 C.F.R. §§ 151.25 (a), (d), (j), (h); 18 U.S.C. § 2]

A.   INTRODUCTORY ALLEGATIONS

    At times relevant to this Information:

    1.   Defendant DIAS CONTAINER CARRIER S.A. owned the *M/V CMA CMG AMAZON*, which was a container ship bearing International Maritime Organization ("IMO") Number 9706308.  The ship, which was built in approximately 2015 and sailed under the Liberian flag, was approximately 984 feet long and approximately 96,424 gross tons.

2. Defendant DIAS CONTAINER CARRIER contracted with Capital Ship Management Corp. to manage and operate the *M/V CMA CMG AMAZON* such that the officers and crewmembers hired by Capital Ship Management to operate the ship functioned as agents of defendant DIAS CONTAINER CARRIER.

3. The *M/V CMA CMG AMAZON* was equipped with pollution control equipment called an Oily Water Separator that was intended to remove oil from engine room bilge water before the filtered water was discharged overboard.

4. All disposals of oil residues and discharges overboard or disposals otherwise of bilge water that had accumulated in machinery spaces were required to be fully and accurately recorded in the *M/V CMA CMG AMAZON's* Oil Record Book.

B. <u>FAILURE TO MAINTAIN AN ACCURATE OIL RECORD BOOK</u>

5. On or about January 11, 2019, in Los Angeles County, within the Central District of California and elsewhere, defendant DIAS CONTAINER CARRIER, through Chief Engineer Ioan Luca, Second Engineer Marian Gavriluta-Strat, and other officers and crewmembers onboard the *M/V CMA CGM AMAZON*, a container ship greater than 400 gross tons, knowingly failed to maintain, and aided and abetted and willfully caused others to fail to maintain the Oil Record Book aboard the *M/V CMA CGM AMAZON* in which all disposals of oil residues and discharges overboard or disposals otherwise of bilge water that had accumulated in machinery spaces were required to be fully and accurately recorded. Specifically, in or about November and December 2018, Chief Engineer Ioan Luca, Second Engineer Gavriluta-Strat, and others acting within the course and scope of their employment and agency, with the intent to benefit, at least in part, defendant DIAS

CONTAINER CARRIER, their principal, knowingly failed to fully and accurately record, and aided and abetted and willfully caused others to fail to fully and accurately record, in the *M/V CMA CGM AMAZON's* Oil Record Book, disposals and overboard discharges of oily water from the engine room bilge wells, machinery spaces, and clean drain tank, all in violation of 33 C.F.R. §§ 151.25 (a), (d), (j), and (h).

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorney
Chief, Environmental and Community
  Safety Crimes Section

PAUL G. STERN
Assistant United States Attorney
Environmental and Community Safety
  Crimes Section

ASHWIN JANAKIRAM
Assistant United States Attorney
Major Frauds Section

ANDREW M. ROACH
Assistant United States Attorney
General Crimes Section

TYLER A. STUTIN
Special Assistant United States Attorney
Environmental and Community Safety
Crimes Section